IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID CONRAD

    Petitioner,

vs.                                                 Case No. 5:24-cv-20/MCR/MAL

WARDEN, F.C.I. MARIANNA,

    Respondent.
_____/

# **O R D E R**

The magistrate judge issued a Report and Recommendation dated October 10, 2024. ECF No. 33. Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a <u>de novo</u> review of any timely filed objections.

Having considered the Report and Recommendation, and all timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation, ECF No. 33, is adopted and incorporated by reference in this order.

2.   Petitioner's second amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 17, is **DENIED**.

**DONE and ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**